FORM B6 (6/90) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT of CALIFORNIA
### MODESTO DIVISION

FILED

99 JUN -8 AM 10: 06

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
MODESTO, CA.

Case No. 99-92 345

Chapter 13

In re *Kenneth D. Robinson*

_____ / Debtor

Attorney for Debtor: *Charles L. Hastings*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | | | |
| B-Personal Property | Yes | 2 | | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | |
| Total Number of Sheets in All Schedules ▸ | | 13 | | | |
| Total Assets ▸ | | | | | |
| Total Liabilities ▸ | | | $ 202,614.60 | | |

In re **_Kenneth D. Robinson_**                                    / Debtor          Case No. _____

                                                                                           (If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H,""W,""J," or "C"in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Home, 1723 Bonaire Circle, Stockton_ | | | _$ 130,000_ | _$ 167,468_ |
| | | | | |

_NO_  continuation sheets attached

TOTAL $
(Report also on Summary of Schedules.)

_130,000_

FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re **_Kenneth D. Robinson_** _____ / Debtor   Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America/Checking account* | | $ 5,000 |
| | | *Bank of America/Checking account* | | $ 2,000 |
| | | *Delta Valley Credit Union/Savings account* | | $ 175 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *TVs, Computer, Wedding Ring* | | $ 2,800 |
| | | *Sofa, Loveseat* | | $ 500 |
| | | *Miscellaneous furnishings* | | $ 1,980 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing* | | $ 200 |
| 7. Furs and jewelry. | | *Miscellaneous jewelry* | | $ 200 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *Deferred Comp. Retirement* | | $ 7,361 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re _Kenneth D. Robinson_ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H / Wife—W / Joint—J / Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor include tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1997 Jayco Travel Trailer_ | | $ 14,500 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _spa_ | | $ 700 |

Page ___2___ of ___2___                              Total → | $ 35,416 |

In re <u>*Kenneth D. Robinson*</u>  / Debtor  Case No. _____

## SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| *Bank of America/Checking account* | *Calif. C.C.P. S703.140(b)(5)* | $ 5,000 | $ 5,000 |
| *Bank of America/Checking account* | *Calif. C.C.P. S703.140(b)(5)* | $ 2,000 | $ 2,000 |
| *Delta Valley Credit Union/Savings account* | *Calif. C.C.P. S703.140(b)(5)* | $ 175 | $ 175 |
| *Miscellaneous furnishings* | *Calif. C.C.P. S703.140(b)(3)* | $ 1,980 | $ 1,980 |
| *Clothing* | *Calif. C.C.P. S703.140(b)(5)* | $ 200 | $ 200 |
| *Miscellaneous jewelry* | *Calif. C.C.P. S703.140(b)(4)* | $ 200 | $ 200 |
| *Deferred Comp. Retirement* | *Calif. C.C.P. S703.140(b)(10)(E)* | $ 7,361 | $ 7,361 |

In re _Kenneth D. Robinson_ _____ / Debtor     Case No. _____

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No. *3294575* Creditor #: 1 *Norwest Mortgage* *5024 Parkway Plaza Blvd.* *Charlotte, NC 28217* | | *8/95* *Purchase Money Security* *Home, 1723 Bonaire Circle, Stockton*  Value: *$ 130,000.00* | | | | $120,000.00 | $ 0.00 |
| Account No. *73709867* Creditor #: 2 *The Money Store* *P.O. Box 13716* *Sacramento, CA 95853* | | *Deed of Trust* *Home, 1723 Bonaire Circle, Stockton*  Value: *$ 130,000.00* | | | | $ 25,000.00 | $ 15,000.00 |
| Account No. *157892092* Creditor #: 3 *Greentree Financial Service* *P.O. Box 79021* *City of Industry, CA 91716* | | *4/97* *Third Deed of Trust* *Home, 1723 Bonaire Circle, Stockton*  Value: *$ 130,000.00* | | | | $ 22,468.29 | $ 22,468.29 |
| Account No. *46513651* Creditor #: 4 *American General Finance* *811 E. March lane* *Stockton, CA 95207* | | *5/97* *Purchase Money Security* *Sofa, Loveseat*  Value: *$ 500.00* | | | | $ 1,313.84 | $ 813.84 |
| Account No. *40394238* Creditor #: 5 *American General Finance* *P.O. Box 3463* *Modesto, CA 95353* | | *5/97* *Purchase Money Security* *spa*  Value: *$ 700.00* | | | | $ 2,840.49 | $ 2,140.49 |

___ _1_ continuation sheets attached

Subtotal $ (Total of this page) — 171,622.62

Total $ (Use only on last page and on Summary of Schedules)

In re _Kenneth D. Robinson_ _____ / Debtor    Case No. _____
                                                                    (If known)

# SCHEDULE D–CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No. _147814313_<br>_Creditor #: 6_<br>_Green Tree_<br>_332 Minnesota St., Ste. 600_<br>_St. Paul, MN 55101_ | | _Trailer purchase_<br>_1997 Jayco Travel Trailer_<br><br>Value: _$ 14,500.00_ | | | | $ 14,500.00 | $ 0.00 |
| Account No. _0052181832073_<br>_Creditor #: 7_<br>_Sears_<br>_Box 5000_<br>_Rancho Cucamonga, CA 91729_ | | _Purchase Money Security_<br>_TVs, Computer, Wedding Ring_<br><br>Value: _$ 2,800.00_ | | | | $ 6,326.28 | $ 3,526.28 |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |

Sheet No. ___1 of ___1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | 20,826.28 | |
| Total $<br>(Use only on last page and on Summary of Schedules) | 192,448.90 | |

FORM B6E (12/94) Specialty Software, Royal Oak, MI

In re **_Kenneth D. Robinson_** _____ / Debtor   Case No. _____
(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS

☐   **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**
Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ _**No**_ _____ continuation sheets attached

In re _Kenneth D. Robinson_ _____ / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. _41756094_ <br> _Creditor #: 1_ <br> American General Finance <br> 6015 Pacific Avenue <br> Stockton, CA 95267 | | Loan | | | | $ 1,600.00 |
| Account No. _695178824_ <br> _Creditor #: 2_ <br> Auto Pass <br> P.O. Box 81344 <br> Cleveland, OH 44188 | | 4/97 <br> Purchases | | | | $ 504.34 |
| Account No. _4024212004275090_ <br> _Creditor #: 3_ <br> Bank of America <br> P.O. Box 53165 <br> Phoenix, AZ 85072 | | 1997-98 <br> Credit card purchases | | | | $ 3,329.81 |
| Account No. _542477020026_ <br> _Creditor #: 4_ <br> Bankfirst <br> P.O. Box 5052 <br> Sioux Falls, SD 57117 | | Miscellaneous purchases | | | | $ 531.29 |
| Account No. _211843001132131_ <br> _Creditor #: 5_ <br> Beneficial <br> P.O. Box 8633 <br> Elmhurst, IL 60126 | | 1997 <br> Line of Credit | | | | $ 1,542.47 |

_1_ continuation sheets attached

Subtotal $ (Total of this page)    $ 7,507.91

Total $ (Use only on last page and on Summary of Schedules)

In re _Kenneth D. Robinson_ _____ / Debtor    Case No. _____
                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  04970905256<br>Creditor #: 6<br>Chase Auto finance<br>P.O. Box 15594<br>Wilmington, DE 19886 | | Deficiency | | | | UNKNOWN |
| Account No.  1120246689<br>Creditor #: 7<br>Chevron<br>P.O. Box 5010<br>Concord, CA 94524 | | 3/97<br>Miscellaneous purchases | | | | $ 341.54 |
| Account No.  0055123802187<br>Creditor #: 8<br>Sears<br>Box 5000<br>Rancho Cucamonga, CA 91729 | | Credit card purchases | | | | $ 2,316.25 |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |

Sheet no. ___1_ of ___1_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)          $ 2,657.79

Total $
(Use only on last page and on Summary of Schedules)     $ 10,165.70

In re _Kenneth D. Robinson_ _____ / Debtor     Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Chase Auto Finance<br>P.O. Box 15594<br>Wilmington, DE 19886 | Contract type: _Vehicle lease_<br>Terms: _$250 per month_<br>Beginning date: _9/97_<br>Debtor's Interest: _Lessee_<br>Description: _1997 Honda Accord_ |
| GMAC Smart Lease<br>P.O. Box 5097<br>San Ramon, CA 94583 | Contract type: _Vehicle lease_<br>Terms: _$477.49_<br>Debtor's Interest: _Lessor_<br>Description: _1997 Chevy Tahoe_ |

FORM B6H (6/90) Specialty Software, Royal Oak, MI

In re *Kenneth D. Robinson*       / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re *Kenneth D. Robinson* _____ / Debtor    Case No. _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: *Divorced* | NAMES *Joseph* | AGE *2m* | RELATIONSHIP *Son* |

| EMPLOYMENT: | DEBTOR | SPOUSE | |
|---|---|---|---|
| Occupation | *Police Officer* | | |
| Name of Employer | *City of Stockton* | | |
| How Long Employed | *7 years* | | |
| Address of Employer | *22 E. Market St. Stockton* | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *4,398.33* | $ |
| Estimated Monthly Overtime | $ *866.67* | $ |
| SUBTOTAL | $ *5,265.00* | $ |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll Taxes and Social Security | $ *0.00* | $ |
| b. Insurance | $ *0.00* | $ |
| c. Union Dues | $ *0.00* | $ |
| d. Other (Specify): *Dues/payments* | $ *337.93* | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *337.93* | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *4,927.07* | $ |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ |
| Income from Real Property | $ *0.00* | $ |
| Interest and dividends | $ *0.00* | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ |
| Social Security or other government assistance Specify: | $ *0.00* | $ |
| Pension or retirement income | $ *0.00* | $ |
| Other monthly income Specify: | $ *0.00* | $ |
| TOTAL MONTHLY INCOME | $ *4,927.07* | $ |

TOTAL COMBINED MONTHLY INCOME    $   *4,927.07*
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re- **Kenneth D. Robinson** _____ / Debtor    Case No. _____
(If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for moble home) | $ | 1,274.00 |
| Are real estate taxes included?      Yes ☒      No ☐ | | |
| Is property insurance included?      Yes ☒      No ☐ | | |
| Utilities:  Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 200.00 |
|        Water and sewer | $ | 75.00 |
|        Telephone | $ | 100.00 |
|        Other  *Pool Service* | $ | 35.00 |
|        Other  *Cell Phone* | $ | 69.00 |
|        Other  *Alarm System* | $ | 20.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 100.00 |
| Food  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 500.00 |
| Clothing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 150.00 |
| Laundry and Dry cleaning | $ | 50.00 |
| Medical and Dental expenses  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 18.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . | $ | 185.00 |
| Charitable contributions | $ | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|        Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
|        Life | $ | 0.00 |
|        Health  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
|        Auto | $ | 200.00 |
|        Other: *Disability Insurance* | $ | 30.00 |
|        Other: | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|        Auto  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 477.49 |
|        Other: *Child Support* | $ | 300.00 |
|        Other: *Honda Payment* | $ | 250.00 |
| Alimony, maintenance, and support paid to others  . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement)  . . . . . . . . . | $ | 0.00 |
| Other:  *Second Deed of Trust* | $ | 330.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 4,573.49 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 4,927.07 |
| B. Total projected monthly expenses | $ | 4,573.49 |
| C. Excess Income (A minus B) | $ | 353.58 |
| D. Total amount to be paid into plan each:    *Monthly* | $ | 353.58 |

FORM B8 (8/90) Specialty Software, Royal Oak, MI

In re *Kenneth D. Robinson* _____ / Debtor   Case No. _____
                                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of __*14*__ sheets, and that they are true and correct to the best of my knowledge, information and belief.                    (Total shown on summary page plus 1)

Date: _____        Signature _____
                                              *Kenneth D. Robinson*

Date: _____        Signature _____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## MODESTO DIVISION

In re *Kenneth D. Robinson*

Case No.
Chapter  *13*

_____ / Debtor

Attorney for Debtor: *Charles L. Hastings*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

**1. Income from employment or operation of business.**
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**AMOUNT**

**SOURCE (if more than one)**

*Year to date:$20,000*          *Earnings*
*Last year:$59,000*          *Earnings*
*Year before:$60,000*          *Earnings*

---

**2. Income other than from employment or operation of business.**
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**3a. Payments to creditors.**
List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**3b.** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4a. Suits and administrative proceedings, executions, garnishments and attachments.**
List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Robinson v. American General SC206116* | | *Superior Court San Joaquin County* | *Pending* |

---

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**5. Repossessions, foreclosures and returns.**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6a. Assignments and receiverships.**
Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**7. Gifts**
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses**
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR (if other than debtor) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Charles L. Hastings* *4568 Feather River Dr., St. A* *Stockton, CA 95219* | *Date:* *Payor: Kenneth D. Robinson* | *$ 750.00* |

**10. Other transfers**
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE of SALE or CLOSING |
|---|---|---|
| *Instit:Bank of America* *Address:Stockton, CA* | *Acct. Type:Checking* *Final:-0-* | *10/98* |

**12. Safe deposit boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person**
List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**
If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

# STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _____
                                            Kenneth D. Robinson

Date _____     Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §152 and §3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT of CALIFORNIA
# MODESTO DIVISION

In re *Kenneth D. Robinson*

Case No. _____
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Charles L. Hastings*

# CHAPTER 13 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *1997 Jayco Travel Trailer* | *Green Tree* |

b. **Property to Be Retained.**  [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to §722 | Debt will be reaffirmed pursuant to §524(c) |
|---|---|---|---|---|
| *Home, 1723 Bonaire Circle, Stockton* <br> " | *Norwest Mortgage* <br> *The Money Store* | | | *X* <br> *X* |

## Signature of Debtor(s)

Date: _____

Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT of CALIFORNIA
## MODESTO DIVISION

In re *Kenneth D. Robinson*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Charles L. Hastings*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$  *1,750.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . . .$  *750.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$  *1,000.00*

3. *$ 160.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: 6/7/99

Respectfully submitted,

Attorney for Petitioner: *Charles L. Hastings*
*Rishwain & Hastings*
*4568 Feather River Dr., St. A*
*Stockton, CA 95219*